**Michael WALRAVEN, Julius Vanzant, Plaintiffs–Appellants,**

v.

**The GOODYEAR TIRE AND RUBBER COMPANY, INC., Defendant–Appellee.**

No. 06–15832.

United States Court of Appeals, Eleventh Circuit.

Nov. 8, 2007.

Lorna Sills Katica, Katica & Associates, LLC, Atlanta, GA, for Plaintiffs–Appellants.

Daniel L. Bell, Akron, OH, for Defendant–Appellee.

Before TJOFLAT, HULL and WILSON, Circuit Judges.

PER CURIAM:

Michael Walraven and Julius Vanzant appeal a district court decision granting summary judgment to the Goodyear Tire and Rubber Company, Inc. ("Goodyear"). Their claims arise out of Goodyear's decision to sell the operation of its plant in Cartersville, Georgia, where Walraven and Vanzant were employed. Walraven and Vanzant brought various claims for relief under § 502(a)(3) of the Employee Retirement Income Security Act ("ERISA"), a claim of ERISA discrimination under § 510, and a claim of fraud under ERISA §§ 502 and 510. The district court granted summary judgment in favor of Good-

year on all claims. After reviewing the record and the briefs, and having had the benefit of oral argument, we affirm the grant of summary judgment on the basis of the district court's well-reasoned order of October 6, 2006.

**AFFIRMED.**